UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL SHANE WILMOTH                                                                    PLAINTIFF
ADC # 105408

V.                                    No. 2:21-CV-00020-LPR-JTR

JACKSON, Deputy Warden;
East Arkansas Regional Unit, ADC, *et al*.                                            DEFENDANTS

## ORDER

On February 25, 2021, Michael Shane Wilmoth ("Plaintiff"), then an inmate in the Arkansas Division of Correction ("ADC"), filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 1).

On September 2, 2021, mail sent to Plaintiff at his address of record, the ADC's East Arkansas Regional Unit, was returned undelivered with a "Return to Sender" label and the word "Parole" written on the outside of the envelope. (Doc. 13). On September 9, 2021, the Court entered an Order in which it directed Plaintiff to file a notice of his current mailing address, within thirty (30) days, if he wished to continue pursuing this lawsuit. (Doc. 14). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the September 9, 2021 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule

---

[1] The copy of the September 9, 2021 Order mailed to Plaintiff was also returned as undeliverable because he is no longer at the address on file with the Court. (Doc. 15). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 15th day of October, 2021.

                                                              _____
                                                              LEE P. RUDOFSKY
                                                              UNITED STATES DISTRICT JUDGE