UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL SHANE WILMOTH                                                                          PLAINTIFF
ADC # 105408

V.                                    No. 2:21-CV-00020-LPR-JTR

JACKSON, Deputy Warden;
East Arkansas Regional Unit, ADC, *et al*.                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order that was entered on October 15, 2021, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 15th day of October, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE